## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

GREGORY ROSE                                                       PLAINTIFF

v.                          NO. 3:14CV00034 JLH

CITY OF OSCEOLA, *et al*.                                    DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 6th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE